# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

### No. ACM S32480

————————————

### UNITED STATES
*Appellee*

**v.**

### Adam J. LONGFELLOW
Senior Airman (E-4), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary
Decided 12 February 2018

————————————

*Military Judge:* Vance H. Spath.

*Approved sentence:* Bad-conduct discharge, confinement for 4 months, forfeiture of $950.00 pay per month for 7 months, and reduction to E-1. Sentence adjudged 24 May 2017 by SpCM convened at Ramstein Air Base, Germany.

*For Appellant:* Captain Dustin J. Weisman, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF; Major Mary Ellen Payne, USAF.

Before HARDING, SPRERANZA, and HUYGEN, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles

59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.[1]

FOR THE COURT

JULIE L. ADAMS
Acting Deputy Clerk of the Court

---

[1] While the court-martial order (CMO) accurately reflects that Charge I and its Specification (by necessary implication) were withdrawn and dismissed with prejudice after arraignment, the CMO omits Appellant's pleas of not guilty to Charge I and its Specification before the action to dismiss occurred. We order promulgation of a corrected CMO to accurately reflect Appellant's pleas of not guilty to Charge I and its Specification. We note that the Report of Result of Trial accurately reported both Appellant's pleas and the final disposition for Charge I and its Specification.